1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   SAMANTHA XOCHILT VALENZUELA,              Case No. 1:24-cv-01061-JLT-CDB

12            Plaintiff,                        ORDER TO SHOW CAUSE WHY
                                                SANCTIONS SHOULD NOT BE IMPOSED
13        v.                                    FOR PLAINTIFF'S FAILURE TO
                                                PROSECUTE THIS ACTION AND TO
14   UNITED STATES POSTAL SERVICE, *et al*.,    COMPLY WITH THE COURT'S ORDERS

15            Defendants.                       ORDER CONTINUING THE
                                                MANDATORY SCHEDULING
16                                              CONFERENCE

17                                              ORDER DIRECTING PLAINTIFF TO
                                                EFFECT SERVICE OF THIS ORDER AND
18                                              TO FILE PROOF OF SERVICE

19                                              **<u>FIVE-DAY DEADLINE</u>**

20

21

22        Plaintiff Samantha Xochilt Valenzuela ("Plaintiff") initiated this action with the filing of

23   a complaint on September 5, 2024.  (Doc. 1).  The following day, the Clerk of the Court issued

24   summonses and the Court entered an order setting a mandatory scheduling conference for

25   December 2, 2024.  (Docs. 4-6).  The Court's order directed Plaintiff to "diligently pursue

26   service of summons and complaint" and "promptly file proofs of service."  (Doc. 6 at 1).  The

27   order further advised Plaintiff that failure to diligently prosecute this action "may result in the

28   imposition of sanctions, including the dismissal of unserved defendants."  *Id*.  To date, Plaintiff

Case 1:24-cv-01061-JLT-CDB   Document 7   Filed 11/22/24   Page 2 of 3

1    has not filed proofs of service, and no Defendant has appeared in the action.

2         Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

3    Rules or with any order of the Court may be grounds for imposition by the Court of any and all

4    sanctions…within the inherent power of the Court."  The Court has the inherent power to control

5    its docket and may, in the exercise of that power, impose sanctions where appropriate, including

6    dismissal of the action.  *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

7         In addition, Rule 4(m) of the Federal Rules of Civil Procedure provides:  "If a defendant

8    is not served within 90 days after the complaint is filed, the court - on motion or on its own after

9    notice to the plaintiff - must dismiss the action without prejudice against that defendant or order

10   that service be made within a specified time."  Fed. R. Civ. P. 4(m).  Absent a showing of good

11   cause, failure to comply with Rule 4(m) requires dismissal of any unserved defendant.

12        The Court takes judicial notice that this is not the first instance Plaintiff's Counsel

13   Jonathan Bakhsheshian has been admonished about his failure to comply with the Court's orders

14   and Rule 4(m) in connection with effecting service of process..  *See Flores v. United States, et*

15   *al.*, No. 1:23-cv-01742-KES-CDB (Doc. 9).  In the face of the Court's previous admonishment, it

16   appears Plaintiff's Counsel continues to cavalierly disregard orders of the Court and the Federal

17   Rules of Civil Procedure.  Accordingly, the imposition of sanctions appears particularly

18   appropriate under these circumstances.

19   **Conclusion and Order**

20        Based on the foregoing, IT IS HEREBY ORDERED that within five (5) days of entry of

21   this order, Plaintiff SHALL show cause in writing why sanctions should not be imposed –

22   including dismissal of unserved Defendants or this action in its entirety – for Plaintiff's failure to

23   prosecute and to serve the summonses and complaint in a timely manner.  Filing summonses

24   returned executed following entry of this order WILL NOT relieve Plaintiff of her obligation to

25   respond to this order in writing.

26        IT IS FURTHER ORDERED that the scheduling conference previously set for December

27   2, 2024, is CONTINUED to January 30, 2025 at 10:30 a.m.

28        And IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this order on

2

1  Defendants within five (5) days of entry of this order and promptly file proof of service thereof.

2  **Any failure by Plaintiff to timely respond to this order to show cause will result in**

3  **the imposition of sanctions, including a recommendation to dismiss this action.**

4  IT IS SO ORDERED.

5  Dated:   **November 22, 2024**   _____

6  UNITED STATES MAGISTRATE JUDGE